SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorney for Plaintiff,
ANA VENTURA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSA ELENA MENDOZA D/B/A MAGIC SCISSORS; ALFRED F. CALDERON; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:25-cv-09333-AB (PDx)<br>Assigned to Hon. André Birotte Jr.<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that ANA VENTURA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) hereby requests the Court to dismiss the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) which provides in relevant part:

(a) **Voluntary Dismissal.**

  (2)  *By Court Order; Effect*. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the

counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Accordingly, Plaintiff requests that this matter be dismissed without prejudice by the Court with the Court.

DATED: November 25, 2025              SO. CAL EQUAL ACCESS GROUP


              <u>   */s/ Jason J. Kim*       </u>
              JASON J. KIM
              Attorney for Plaintiff

PROOF OF SERVICE

I, Ricardo Torres, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On November 25, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Alfred F. Calderon
7237 Coolgrove Dr
Downey CA 90240

DOCUMENT(S): **REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**

(X) BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( ) BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( ) BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( ) BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 25, 2025, at Los Angeles, California.

*/s/ Ricardo*