JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROSA ELENA MENDOZA D/B/A MAGIC SCISSORS; ALFRED F. CALDERON; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-09333-AB (PDx)<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE |

　　Based on the request for dismissal without prejudice and for good cause shown:

　　IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

　　　　SO ORDERED.

Dated: December 4, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE